JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

FILED
U.S. District Court
District of Kansas

MAY 0 9 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
COI Robert Craft

**DEFENDANTS**
CSI Jacob Townsend, CSI John Linneman, Teresa Glendening, Warden Hazel Peterson, and Deputy Secretary

(b) County of Residence of First Listed Plaintiff: **Rooks**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Phillips**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: PTF [X] 1, DEF [X] 1

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing:
Interference in Constitutional Liberty of Contract, Deprivation of Constitutional Rights (1st Amendment, 5th Amendment)

Brief description of cause:
The Defendants' Actions as Public Officer/Agent refuse to acknowledge or exercise due regard to Plaintiff's Public Rights, Duties, and Contracted

## VII. REQUESTED IN COMPLAINT:
DEMAND $ Declaratory Judgments
JURY DEMAND: [X] Yes

## VIII. RELATED CASE(S) IF ANY

DATE: May 9, 2023
SIGNATURE OF ATTORNEY OF RECORD: [signature]