

# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
## Pro Se Electronic Notification
## Registration Form

Name: _____

Address: _____

City: _____ State: ____ Zip: _____

Phone: _____

Internet E-mail Address: _____

**I AM REGISTERING FOR ELECTRONIC NOTIFICATION ONLY***

By registering, I consent to electronic service of all documents. Documents will be sent to the email address provided above. I agree that it is my responsibility to notify the court of any change to my email address and acknowledge that failing to maintain a current email address in the court's records may result in failing to receive documents filed in my case by the court or opposing counsel. I also acknowledge that I will be responsible for any costs incurred if I should choose to print documents that I receive electronically.

_____  _____
Date                              Applicant's Signature

Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

Return this form via hand delivery or U.S. Mail to :   Clerk, U.S. District Court
                                                       Electronic Filing Registration
                                                       259 U.S. Courthouse
                                                       500 State Avenue
                                                       Kansas City, KS  66101

OR fax completed form to:  913-735-2201

OR email completed form to:  ksd_attorney_registration@ksd.uscourts.gov

*If you want to electronically file your documents in addition to receiving electronic notifications, you must complete the electronic filing registration process for non-attorneys through PACER.gov.  For complete information, contact Attorney Registration at the phone number or email address above, or visit ksd.uscourts.gov .