UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| COI Robert Craft,<br>**Plaintiff,**<br><br>v.<br><br>CSI Jacob Townsend,<br>CSI John Linneman,<br>Administrator Teresa Glendening,<br>Warden Hazel Peterson, and<br><br>Deputy Secretary of Facilities Management Joel Hrabe<br><br>**Defendants** | Case No: 6:23-cv-01081-JAR-GEB |

# Notice of Service to the United States and District Attorney

1. Let be known to this honorable court the United States has been served copies of summons and complaint per Fed. R. Civ. P. 4(i)(3) and

2. **United States Offices Served**

   **Office Name:** Attorney General of United States per Fed. R. Civ. P. 4(i)(B)

   **Office: United States Department of Justice**
   **Address:** 950 Pennsylvania Avenue, NW
   **City, State, and Zip Code:** Washington, DC 20530-0001

   The aforementioned documents were delivered and signed for on May 15, 2023, per USPS Tracking 7020 1290 0000 3979 8849

**Office Name: United States District Court – District of Kansas – District Attorney** per Fed. R. Civ. P. 4(i)(A)(ii)

**Address:** 1200 Epic Center
**Address:** 301 N. Main
**City, State, and Zip Code:** Wichita, KS 67202

The aforementioned documents we delivered and signed by Agent on May 12, 2023, per USPS Tracking Number 9590 9402 5866 0038 5027 21

**3.** This affidavit is submitted in accordance with 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury, Plaintiff hereby declares under the penalty of perjury that the foregoing is true and correct to the best of Plaintiff's knowledge.

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing will be sent to Defendants per Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C)

s/ _[signature]_
COI Robert Craft
209 N Oak St
Stockton, KS 67669
Telephone: 941-270-0938
Email: craft.kdoc@gmail.com