Exhibit C

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

COI Robert Craft
_____
Plaintiff(s)

v.

Administrator Teresa Glendening
_____
Defendant(s)

Civil Action No. 6:23-cv-1081-JAR-GEB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Administrator Teresa Glendening
1215 S Cedar St
Stockton, KS 67669    County: Rooks

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: COI Robert Craft
209 N Oak St
Stockton, KS 67669    County: Rooks

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/09/2023

_JKendall_
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~ROB~~ DC TERESA GLENDENING

was received by me on *(date)* 10 MAY 2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MARCIE DIAZ, who is designated by law to accept service of process on behalf of *(name of organization)* STOCKTON KDOC (ICO: ROBERT CRAFT) (FOR: TERESA GLENDENING) on *(date)* 10 MAY 2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10 MAY 2023

*Server's signature*
Dain L. Carmen
Deputy 269

*Printed name and title*

803 S. ELM ST., STOCKTON KS
*Server's address*

RECEIVED
MAY 10 2023
Rooks County
Sheriff's Office

Additional information regarding attempted service, etc: