AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__col Robert Craft__
Plaintiff(s)

v.    Civil Action No. 6:23-cv-1081-JAR-GEB

__Warden Hazel Peterson__
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
WARDEN Hazel Peterson
11130 Road I4
Norton, KS 67654-0546
County: Norton

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
col Robert Craft
209 N OAK St
Stockton, KS 67669
County: Rooks

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/09/2023

*Kendall*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hazel Peterson (Warden)

was received by me on *(date)* May 10th 23 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Sarah Collins (Deputy Warden) , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-11-23

Adam Wahlmeier 48
*Server's signature*

Adam Wahlmeier 48
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: