# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| COI Robert Craft,<br>**Plaintiff,**<br><br>v.<br><br>CSI Jacob Townsend,<br>CSI John Linneman,<br>Administrator Teresa Glendening,<br>Warden Hazel Peterson, and<br><br>Deputy Secretary of Facilities Management Joel Hrabe<br><br>**Defendants** | Case No: 6:23-cv-01081-JAR-GEB |

## Notice of Service on Defendants

1. Let be known to this honorable court the following Defendants have been served the summons and complaints per Fed. R. Civ. P. 4(i)(3).

2. **Defendant(s)**

   i. **Exhibit A**

   **Name:** Corrections Supervisor I (CSI) Jacob Townsend (**Defendant 1**)

   **Address:** 1215 S Cedar St
   **City and County:** Stockton; Rooks
   **State and Zip Code:** Kansas; 67669

The aforementioned documents were served per D. Kan. Rule 4.1 and Kansas Statute 60-304 on May 10, 2023 by the Rooks County Sheriff's Office

   ii. **Exhibit B**

   **Name:** Corrections Supervisor I (CSI) John Linneman (**Defendant 2**)

   **Address:** 1215 S Cedar St

**City and County:** Stockton; Rooks
**State and Zip Code:** Kansas; 67669

The aforementioned documents were served per D. Kan. Rule 4.1 and Kansas Statute 60-304 on May 10, 2023, by the Rooks County Sheriff's Office

iii. **Exhibit C**

**Name:** Administrator Teresa Glendening (**Defendant 3**)

**Address:** 1215 S Cedar St
**City and County:** Stockton; Rooks
**State and Zip Code:** Kansas; 67669

The aforementioned documents were served per D. Kan. Rule 4.1 and Kansas Statute 60-304 on May 10, 2023 by the Rooks County Sheriff's Office

iv. **Exhibit D**

**Name:** Warden Hazel Peterson (**Defendant 4**)

**Address:** 11130 Road E4
**City and County:** Norton; Norton
**State and Zip Code:** Kansas; 67654-0546

The aforementioned documents were served per D. Kan. Rule 4.1 and Kansas Statute 60-304 on May 15, 2023 by the Norton County Sheriff's Office.

v. **Exhibit E**

**Name:** Deputy Secretary of Facilities Management Joel Hrabe (**Defendant 5**)

**Address:** 714 SW Jackson, Suite 300
**City and County:** Topeka; Shawnee
**State and Zip Code:** Kansas; 66603

The aforementioned documents were served per D. Kan. Rule 4.1 and Kansas Statute 60-304 on May 10, 2023, at 09:18 AM through the Shawnee County Sheriff's Office by a Civilian Process Server and an Assistant Attorney General of Kansas accepted service on behalf of Defendant 5.

3. **Index of Exhibits**

    i. **Exhibit A**: Defendant 1: Summons and Proof of Service

    ii. **Exhibit B:** Defendant 2: Summons and Proof of Service

    iii. **Exhibit C:** Defendant 3: Summons and Proof of Service

    iv. **Exhibit D:** Defendant 4: Summons and Proof of Service

    v. **Exhibit E:** Defendant 5: Summons and Proof of Service

4. This affidavit is submitted in accordance with 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury, Plaintiff hereby declares under the penalty of perjury that the foregoing is true and correct to the best of Plaintiff's knowledge.

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing has been/will be sent to Defendants per Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C)

s/ _[signature]_
COI Robert Craft
209 N Oak St
Stockton, KS 67669
Telephone: 941-270-0938
Email: craft.kdoc@gmail.com