AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

Col Robert Craft
*Plaintiff(s)*

v.

Deputy Secretary of Facilities Managment Joel Hrabe
*Defendant(s)*

Civil Action No. 6:23-cv-1081-JAR-GEB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Deputy Secretary of Facilities Managment Joel Hrabe
714 SW Jackson, Suite 300
Topeka, KS 66603
County: Shawnee

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Col Robert Craft
209 N Oak St
Stockton, KS 67669
County: Rooks

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/09/2023

*Kendell*
*Signature of Clerk or Deputy Clerk*

Col Robert Craft
vs
Joel Hrabe
Dep. Sec. Of Facilities Mgmt   714 SW Jackson, Ste 300, Topeka 66603

US23CV1081

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HRABE, JOEL Dep. Sec. of Facilities Mgmt.

was received by me on *(date)* 5-10-23

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Agent Service - William Skepnek - Asst. A.G. Kansas Attorney General, who is designated by law to accept service of process on behalf of *(name of organization)* 120 SW 10th Ave., 9:18 AM on *(date)* 5-10-23 ; o

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 15.00 for services, for a total of $ _____
PD via CC $15.38 JDH

I declare under penalty of perjury that this information is true.

Date: 5-10-23

Wayne Beaman 1153
*Server's signature*

WAYNE BEAMAN
CIVILIAN PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

HRABE, JOEL
DEP SECRETARY OF FACILITIES MGMT
714 SW JACKSON ST STE 300
TOPEKA, KS 66603-3722
US23CV001081    2312006041
05/09/23        06/09/23
SP