# UNITED STATES DISTRICT COURT
## for the
## District of Kansas

| | |
|---|---|
| COI Robert Craft,<br>**Plaintiff,**<br><br>v.<br><br>CSI Jacob Townsend,<br>CSI John Linneman,<br>Administrator Teresa Glendening,<br>Warden Hazel Peterson, and<br><br>Deputy Secretary of Facilities Management Joel Hrabe<br><br>**Defendants**<br>_____/ | )<br>)<br>)<br>)<br>) Case No: 6:23-cv-01081-JAR-GEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### Plaintiff's Motion for Emergency Provisional Remedy

1. I, Robert Craft, in the aforementioned capacity, with the utmost humbleness and humility, bring forth this "**Plaintiff Motion for Emergency Provisional Remedy**." and does hereby establish a foundational perimeter of un-declared facts, includes supporting exhibits, and makes provisional remedy request to relieve suffering and great harm.

2. **Defendants**

    a. **Defendant 1:** CSI Jacob Townsend in the aforementioned capacity

    b. **Defendant 2:** CSI John Linneman in the aforementioned capacity

    c. **Defendant 3:** Administrator Teresa Glendening in the aforementioned capacity

    d. **Defendant 4:** Warden Hazel Peterson in the aforementioned capacity

    e. **Defendant 5:** Deputy Secretary of Facilities Management Joel Hrabe in the aforementioned capacity

**Statement of Un-Declared Facts**

3. The Plaintiff was a Pubic Officer for the Kansas Department of Corrections from November 28, 2022, to April 11, 2023.

4. The Plaintiff was a "Person holding an Office of Trust and Profit" under the Constitution for the United States per Article II Section I and Article VI.

5. The Plaintiff declares by the Law of Liberty of Contracts a Ratified Collectively Bargained Agreement between the Kansas Department of Corrections and the Kansas Organization of State Employees to be an inferior contract to the aforementioned superior Public and Public Officer contract. (hereinafter CBA).

6. The Plaintiff declares the CBA did in fact set the foundation of elements and measures of Public Treasury Awards and Benefits for which the Plaintiff has an expectant.

**Defendants' Position and Discrepancies**

7. Defendants 1 and 2 have consented to the individual presumption by the action of silence that Plaintiff had no rights of protection per email Craft - Summary of Meeting on March 12, 2023 **(Exhibit A)**, and the subsequent actions of ALL Defendants then after confirmed the individuals' presumptions.

8. Additionally, it was openly admitted in a letter from Defendant 4 received by Plaintiff per USPS on April 28, 2023, citing Kansas Administrative Regulation (hereinafter KAR) 1-7-3 was applied in the decision to dismiss Plaintiff without supporting and adhering to the Plaintiff's 5th Amendment Right of Due Process **(Exhibit B)**.

9. The Plaintiff presents to this honorable court KAR 1-7-7 **(Exhibit C)** and KDOC IMPP 12-120D **(Exhibit D)** both supporting the Plaintiff's claim of protection under the 5th Amendment right to not be deprived of Liberty and Property without Due Process of Law, even on "Probation".

**Plaintiff Suffering and Hardship**

10. The Plaintiff is not able to pay bills and has already suffered financial reputation damages.

11. The Plaintiff is on the verge of suffering property loss as well as the ability to maintain living conditions.

12. The Plaintiff is no longer able to pay for medication due to the deprivations of awards and medical benefits.

13. The Plaintiff is suffering injustices and great hardship due to the unjust actions of the Defendants.

**Request to Court**

14. The Plaintiff respectfully requests this honorable court act hastily and in due diligence to execute a Provisional Remedy of Garnishment to the Kansas Department of Corrections for the dispersal of all Plaintiff-deprived Public Treasury Awards and Benefits and command all subsequent awards and benefits continue accordingly as though the

Plaintiff was physically fulfilling has standard duties until such time as a final order or mutual agreement can be attained regarding this controversy.

**Index of Attachments**

15. **Total of 4 Exhibits**

**Exhibit A** - Craft - Summary of Meeting on March 12, 2023 - craft.kdoc@gmail

**Exhibit B** - 20230428 - Letter from Warden Peterson DATED 4-25-2023

**Exhibit C** - 1-7-7 Kansas Secretary of State - KAR Regulations

**Exhibit D** - IMPP 02-120D - HUMAN RESOURCES Employee Disciplinary Procedures (Page 1)

**Affidavit**

16. This affidavit is submitted in accordance with 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury, Plaintiff hereby declares under the penalty of perjury that the foregoing is true and correct to the best of Plaintiff's knowledge.

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing will be sent to Defendants per Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C)

s/ _____
COI Robert Craft
209 N Oak St
Stockton, KS 67669
Telephone: 941-270-0938
Email: craft.kdoc@gmail.com