Exhibit A

**Subject:** Craft - Summary of Meeting on March 12, 2023

CSI Linneman,

I have digested and deliberated the contents of the meeting on Sunday with you and CSI Townsend upon my arrival to work. I believe the following points are as clear and concise as I ca direction and commands.

Points

1. I am required to accept being treated disrespectfully because I am a new employee and I have not earned the right to be respected therefore the IMPP on Workplace Violance
2. I am required to just take individuals poor behavior after I verbally bring forth their actions to them, and they choose to ignore or disregard the issue being brought forth, and I establish boundaries.
3. I am required to be concerned about how people may possibly perceive or form opinions about things I say, and I should make sure I am cautious when expressing myself or ta
4. You currently have formed opinion that I made statements that "if anybody gets in my way, I will sue them," but when asked who made these statement you refused to disclose and attempted to understand its meaning and origin, but you kept repeating that I knew what you talking about, but refused to provide any details.
5. As you are currently under the impression that I intend to sue somebody as you kept asking me who I was going sue even though to my knowledgeI have made no such claim n anybody in Kansas.
6. You are commanding me to deviate from standard conflict resolution protocol in formally notifying individuals when necessary and proper after approaching them verbally and

I am confused and uncomfortable applying your commands regarding the previous points unless they are put in writing as a specific directives for me to abide by.

Can you please let me know how long I have to work at NCF before I am allowed to bring forth concerns or address aggressive or hostile actions directed at myself or inmates?

Can you please let me know how long I need to be employed by NCF before I am allowed to address and defend myself from individuals who make false accusations or spread false rum

I appreciate you refraining from cussing at me, after I asked you please stop.

The primary principle of my confusion regarding conflict resolution protocol and application is based on my experience in consulting on implementation of organizational conflict resolut and my intent to follow and apply standard protocol to bring controversies into harmony thru the application of standard protocol practices.

Additionally, in my initial training at Norton this process was presented and discussed. Both Administration and Training encouraged and consented to the application of these process t future oversight investigations and/or litigation.

Can you please elaborate your reasoning for deviating from these processes so I can consult with administration and training going forward.

**Exhibit B**



Norton Correctional Facility
P.O. Box 546
Norton, KS 67654-0546

**Kansas**
Department of Corrections
*Norton Correctional Facility*

Phone: (785) 877-6654
Fax: (785) 877-6604
NCF.2@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Hazel M. Peterson, Warden

Laura Kelly, Governor

April 25, 2023

Robert Craft
209 N Oak Street
Stockton, KS 67669

Mr. Craft,

    This letter is to inform you that your response to your probationary dismissal from Norton Correctional Facility was received. Per K.A.R. 1-7-3, "Any probationary employee, other than an employee on probation due to a promotion from a position in which the employee had permanent status, may be dismissed by the appointing authority at any time during the probationary period."

    I thank you for your service and wish you well in your future endeavors.

Sincerely,

Hazel M Peterson, Warden
Norton Correctional Facility

An official State of Kansas government website. Here's how you know.

# Agency 1

Exhibit C

Department of Administration

Article 7.—Probationary Period and Employee Evaluation

Printable Format

**1-7-7. Dismissal of probationary employee by director**. The director may dismiss a probationary employee at any time during the employee's probationary period, after giving the employee notice and an opportunity to be heard, if the director finds that the employee was appointed as a result of a violation of the provisions of the act or these regulations. (Authorized by K.S.A. 75-3706 and K.S.A. 2008 Supp. 75-3747; implementing K.S.A. 75-2943, 75-2946, 75-3707, and 75-3746; effective May 1, 1983; amended Sept. 25, 2009.)

Printable Format

# KANSAS DEPARTMENT OF CORRECTIONS

| | **INTERNAL MANAGEMENT POLICY AND PROCEDURE** | SECTION NUMBER<br><br>**02-120D** | PAGE NUMBER<br><br>1 of 7 |
|---|---|---|---|
| | | **SUBJECT:**<br><br>**HUMAN RESOURCES:  Employee Disciplinary Procedures and Informal/Formal Actions** | |
| **Approved By:**<br><br>[signature: Ray Roberts]<br><br>**Secretary of Corrections** | | **Original Date Issued:**       05-07-15 | |
| | | **Replaces Version Issued:**       N/A | |
| | | **CURRENT VERSION EFFECTIVE:**       05-07-15 | |

| **APPLICABILITY:** | _ ADULT Operations Only | _ JUVENILE Operations Only | **X DEPARTMENT-WIDE** |
|---|---|---|---|

## POLICY STATEMENT

To ensure each employee's right to due process and the application of discipline in a consistent and fair manner, supervisors shall apply a program of progressive counseling and discipline, with emphasis on correcting employee behavior or performance. (ACO 2-1C-01, 2-1C-02; 4-JCF-6D-01; ACI 3-4048) Prior to being subjected to any formal disciplinary action, an employee with permanent status or probationary status due to promotion shall be afforded an opportunity to meet with the appointing authority or designee to present any verbal or written information or material relevant to the situation. (APPFS 3-3062)

This policy is separate and apart from the Department's policy regarding review of job performance, which is presented in IMPP 02-107D, Probationary Periods and Performance Appraisals.

## DEFINITIONS

Appointing Authority:  The person designated pursuant to IMPP 02-109D for each respective division or facility of the department.

Formal Disciplinary Action:  Disciplinary action taken by an appointing authority that results in an employee being suspended without pay, demoted or dismissed under the provisions of K.S.A. 75-2946 or K.S.A. 75-2949.

Informal Disciplinary Action:  Letters of reprimand, letters of counseling, or other less severe forms of disciplinary action intended to serve as a warning step in the progressive discipline procedures.

## PROCEDURES

I. **Informal Disciplinary Action:  Supervisors' Responsibilities**

   A. Each supervisor shall be charged with the responsibility of immediately addressing problems resulting from an employee's behavior or performance as such problems are recognized.

      1. Supervisors shall be responsible for ensuring employees have received the proper orientation and training required to successfully accomplish assigned responsibilities, in accordance with IMPP 03-104D.

      2. Each supervisor has the continuing responsibility of being supportive to those individuals under his or her supervision and to initiate and maintain communication with employees in an effort to prevent or resolve problems.