UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| COI Robert Craft,<br>    **Plaintiff,**<br><br>v.<br><br>CSI Jacob Townsend,<br>CSI John Linneman,<br>Administrator Teresa Glendening,<br>Warden Hazel Peterson, and<br><br>Deputy Secretary of Facilities Management Joel Hrabe<br><br>    **Defendants**<br>_____/ | Case No: 6:23-cv-01081-JAR-GEB |

# Plaintiff Notice of Service of Documents 3 thru 10-1

1. Let be known to this honorable court that Defendants 1-5 have been served copies of Documents 3 thru 10-1 and Index of Content per Fed. R. Civ. P. 5(b)(2)(C)

2. **Defendants**

    a. **Defendant 1:** CSI Jacob Townsend in the aforementioned capacity

    b. **Defendant 2:** CSI John Linneman in the aforementioned capacity

    c. **Defendant 3:** Administrator Teresa Glendening in the aforementioned capacity

    d. **Defendant 4:** Warden Hazel Peterson in the aforementioned capacity

    e. **Defendant 5:** Deputy Secretary of Facilities Management Joel Hrabe in the aforementioned capacity

3. **Delivery Confirmation Information**

    a. Defendants 1 and 2 and 3

        i. Index Exhibit A

        ii. USPS Tracking Information: 9505510462423143260774

    b. Defendant 4

        i. Index: Exhibit B

        ii. USPS Tracking Information: 9505510462423143260750

    c. Defendant 5

        i. Index: Exhibit C

        ii. USPS Tracking Information: 9505510462423143260798

This affidavit is submitted in accordance with 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury, Plaintiff hereby declares under the penalty of perjury that the foregoing is true and correct to the best of Plaintiff's knowledge.

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing will be sent to Defendants per Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C)

_____
COI Robert Craft (Plaintiff)
209 N Oak St
Stockton, KS 67669
941-270-0938
craft.kdoc@gmail.com
