Exhibit A

# Robert L Craft
Address: 209 N Oak St Stockton, KS 67669
Phone: (941) 270-0938
E-mail: craft.kdoc@gmail.com

May 22, 2023

**Refer:** 6 23-cv-01081-JAR-GEB - Craft v Townsend et al - Index of Contents

To CSI Jacob Townend (Defendant 1)

**Address:** 1215 S Cedar St
**City and County:** Stockton; Rooks
**State and Zip Code:** Kansas; 67669

Per Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C) a true copy of Docketed

Recorded Documents 3 thru 10-1 are HEREBY served to you.

**Index**

**Document 3:** Plaintiff Registration for Electronic Notification

**Document 4:** Notice of Service to the United States and District

Attorney

**Document 5:** Notice of Service on Defendants

**Document 5-1:** Proof of Summons: CSI Jacob Townsend

**Document 6:** Notice of Service on Defendants

**Document 6-1:** Proof of Summons: CSI John Linneman

**Document 7:** Notice of Service on Defendants

**Document 7-1:** Proof of Summons: Administrator Teresa Glendening

**Document 8:** Notice of Service on Defendants

**Document 8-1:** Proof of Summons: Warden Hazel Peterson

**Document 9:** Notice of Service on Defendants

**Document 9-1:** Proof of Summons: Deputy Secretary of Corrections Joel Hrabe

**Document 10:** Plaintiff Emergency Motion for Provisional Remedy

**Document 10-1:** Exhibits A-D

**Reference**

**Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C)**

(b) SERVICE: HOW MADE.
    (2) *Service in General.* A paper is served under this rule by:
        (A) handing it to the person;
        (B) leaving it:
            (i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; or
            (ii) if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there;
        (C) mailing it to the person's last known address—in which event service is complete upon mailing;

_____

**COI Robert L Craft (Plaintiff)**

# Robert L Craft

**Address:** 209 N Oak St Stockton, KS 67669
**Phone:** (941) 270-0938
**E-mail:** craft.kdoc@gmail.com

May 22, 2023

**Refer:** 6 23-cv-01081-JAR-GEB - Craft v Townsend et al - Index of Contents

To CSI John Linneman (Defendant 2)

> **Address:** 1215 S Cedar St
> **City and County:** Stockton; Rooks
> **State and Zip Code:** Kansas; 67669

Per Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C) a true copy of Docketed

Recorded Documents 3 thru 10-1 are HEREBY served to you.

## Index

**Document 3:** Plaintiff Registration for Electronic Notification

**Document 4:** Notice of Service to the United States and District

Attorney

**Document 5:** Notice of Service on Defendants

**Document 5-1:** Proof of Summons: CSI Jacob Townsend

**Document 6:** Notice of Service on Defendants

**Document 6-1:** Proof of Summons: CSI John Linneman

**Document 7:** Notice of Service on Defendants

**Document 7-1:** Proof of Summons: Administrator Teresa Glendening

**Document 8:** Notice of Service on Defendants

**Document 8-1:** Proof of Summons: Warden Hazel Peterson

**Document 9:** Notice of Service on Defendants

**Document 9-1:** Proof of Summons: Deputy Secretary of Corrections Joel Hrabe

**Document 10:** Plaintiff Emergency Motion for Provisional Remedy

**Document 10-1:** Exhibits A-D


**Reference**

**Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C)**

(b) SERVICE: HOW MADE.
    (2) *Service in General.* A paper is served under this rule by:
        (A) handing it to the person;
        (B) leaving it:
            (i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; or
            (ii) if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there;
        (C) mailing it to the person's last known address—in which event service is complete upon mailing;

_____

**COI Robert L Craft (Plaintiff)**

## Robert L Craft
**Address:** 209 N Oak St Stockton, KS 67669
**Phone:** (941) 270-0938
**E-mail:** craft.kdoc@gmail.com

May 22, 2023

**Refer:** 6 23-cv-01081-JAR-GEB - Craft v Townsend et al - Index of Contents

To Administrator Teresa Glendening (Defendant 3)

    **Address:** 1215 S Cedar St
    **City and County:** Stockton; Rooks
    **State and Zip Code:** Kansas; 67669

    Per Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C) a true copy of Docketed

Recorded Documents 3 thru 10-1 are HEREBY served to you.

**Index**

**Document 3:** Plaintiff Registration for Electronic Notification

**Document 4:** Notice of Service to the United States and District

Attorney

**Document 5:** Notice of Service on Defendants

**Document 5-1:** Proof of Summons: CSI Jacob Townsend

**Document 6:** Notice of Service on Defendants

**Document 6-1:** Proof of Summons: CSI John Linneman

**Document 7:** Notice of Service on Defendants

**Document 7-1:** Proof of Summons: Administrator Teresa Glendening

**Document 8:** Notice of Service on Defendants

**Document 8-1:** Proof of Summons: Warden Hazel Peterson

**Document 9:** Notice of Service on Defendants

**Document 9-1:** Proof of Summons: Deputy Secretary of Corrections Joel Hrabe

**Document 10:** Plaintiff Emergency Motion for Provisional Remedy

**Document 10-1:** Exhibits A-D

### Reference

**Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C)**

(b) SERVICE: HOW MADE.
    (2) *Service in General.* A paper is served under this rule by:
        (A) handing it to the person;
        (B) leaving it:
            (i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; or
            (ii) if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there;
        (C) mailing it to the person's last known address—in which event service is complete upon mailing;

_____

**COI Robert L Craft (Plaintiff)**