Exhibit B

# Robert L Craft

**Address: 209 N Oak St Stockton, KS 67669**
**Phone: (941) 270-0938**
**E-mail: craft.kdoc@gmail.com**

May 22, 2023

**Refer:** 6 23-cv-01081-JAR-GEB - Craft v Townsend et al - Index of Contents

To Warden Hazel Peterson (Defendant 4)

**Address:** 11130 Road E4
**City and County:** Norton; Norton
**State and Zip Code:** Kansas; 67654-0546

Per Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C) a true copy of Docketed

Recorded Documents 3 thru 10-1 are HEREBY served to you.

**Index**

**Document 3:** Plaintiff Registration for Electronic Notification

**Document 4:** Notice of Service to the United States and District

Attorney

**Document 5:** Notice of Service on Defendants

**Document 5-1:** Proof of Summons: CSI Jacob Townsend

**Document 6:** Notice of Service on Defendants

**Document 6-1:** Proof of Summons: CSI John Linneman

**Document 7:** Notice of Service on Defendants

**Document 7-1:** Proof of Summons: Administrator Teresa Glendening

**Document 8:** Notice of Service on Defendants

**Document 8-1:** Proof of Summons: Warden Hazel Peterson

**Document 9:** Notice of Service on Defendants

**Document 9-1:** Proof of Summons: Deputy Secretary of Corrections Joel Hrabe

**Document 10:** Plaintiff Emergency Motion for Provisional Remedy

**Document 10-1:** Exhibits A-D

**Reference**

## Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C)

(b) SERVICE: HOW MADE.
  (2) *Service in General.* A paper is served under this rule by:
    (A) handing it to the person;
    (B) leaving it:
      (i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; or
      (ii) if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there;
    (C) mailing it to the person's last known address—in which event service is complete upon mailing;

**COI Robert L Craft (Plaintiff)**