IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT CRAFT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case. No. 23-1081-JAR-GEB |
| | ) |
| JACOB TOWNSEND, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2 of the United States District Court, District of Kansas, it is hereby ordered that the Defendants Jacob Townsend, John Linneman, Teresa Glendening, Hazel Peterson and Joel Hrabe., be given an additional fourteen (14) days in which to answer or otherwise plead to Plaintiff's Complaint (Doc. 1). This is Defendants' first request for an extension with respect to Plaintiff's Complaint. Defendants' time to answer or otherwise plead has not expired. Plaintiff served his Complaint on Defendants Townsend, Linneman, Glendening and Hrabe on May 10, 2023. Pursuant to Fed. R. Civ. P. 12, Defendants Townsend, Linneman, Glendening and Hrabe's current deadline to answer or otherwise plead is May 31, 2023. Plaintiff served his Complaint on Defendant Peterson on May 15, 2023. Pursuant to Fed. R. Civ. P. 12, Peterson's current deadline to answer or otherwise plead is June 5, 2023. The answer or other responsive pleading for Defendants Townsend, Linneman, Glendening, Hrabe and Peterson are now due on or before June 14, 2023.

IT IS SO ORDERED.

Dated: this 26th day of May, 2023.

                                                Clerk of the U.S. District Court
                                                For the District of Kansas

                                                s/ N. Overstreet
                                                By:  Deputy Clerk

Prepared by:

OFFICE OF THE ATTORNEY GENERAL
KRIS W. KOBACH

*s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Milesha N. Segun, KS No. 28290
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: *matt.shoger@ag.ks.gov*
       *milesha.segun@ag.ks.gov*
*Attorneys for Defendants Townsend,*
*Linneman, Glendening, Peterson and Hrabe*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of May, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Robert Craft
309 N. Oak Street
Stockton, KS 67669

                                                /s/ *Matthew L. Shoger*
                                                Matthew L. Shoger
                                                Assistant Attorney General