# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| COI Robert Craft,<br>**Plaintiff,**<br><br>v.<br><br>CSI Jacob Townsend,<br>CSI John Linneman,<br>Administrator Teresa Glendening,<br>Warden Hazel Peterson, and<br><br>Deputy Secretary of Facilities Management Joel Hrabe<br><br>**Defendants**<br>_____/ | Case No: 6:23-cv-01081-JAR-GEB |

### PLAINTIFF'S REQUEST FOR HEARING ON PLAINTIFF'S MOTION FOR EMERGENCY PROVISIONAL REMEDY

1. Pursuant to Federal Rule of Civil Procedure 65, Plaintiff, Robert Craft by himself ProSe respectfully files this Request for Hearing on Plaintiff Motion for Emergency Provisional Remedy (Document 10 & 10-1)

**Prerequisite for Motion**

2. Prior to filing this Application, and consistent with *Fed. R. Civ. P. 65(a)* per Notice of Service filed with this court on May 26, 2023 @ 09:38 (Document 11)

**Request to Schedule Hearing**

3. The Plaintiff respectfully requests that the Court schedule a hearing on this Motion at the Court's earliest convenience.

**Affidavit**

4. This affidavit is submitted in accordance with 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury, Plaintiff hereby declares under the penalty of perjury that the foregoing is true and correct to the best of Plaintiff's knowledge.

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the foregoing document was filed with the clerk of court per the CM/ECF system per Fed. R. Civ. P. Rule 5.

s/ _____
COI Robert Craft
209 N Oak St
Stockton, KS 67669
Telephone: 941-270-0938
Email: craft.kdoc@gmail.com