## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**ROBERT CRAFT,**

      **Plaintiff,**

      **v.**                                                                 **Case No. 23-1081-JAR-GEB**

**JACOB TOWNSEND, et al.,**

      **Defendants.**

## <u>ORDER</u>

Plaintiff Robert Craft, a former Kansas Department of Corrections ("KDOC") employee, filed this pro se action on May 9, 2023, alleging claims against several other KDOC employees arising out of his termination.  Plaintiff paid the filing fee and summons was issued to Defendants.  Defendants have now been served and their answer deadlines were extended to June 14, 2023.  In the meantime, Plaintiff has filed several motions he indicates are "emergency" motions and suggests that because he has given Defendants notice of these filings, the Court should immediately rule.  The Court will not rule on these motions until it hears from Defendants.  **Defendants shall respond to Plaintiff's Motion for Emergency Provisional Remedy (Doc. 10), Request for Hearing on Plaintiff's Motion for Emergency Provisional Remedy (Doc. 15), and Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. 16), no later than seven days after filing their Answers**.

**IT IS SO ORDERED.**

<u>Dated: June 8, 2023</u>

<u>S/ Julie A. Robinson</u>
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE