

Robert Craft <craft.kdoc@gmail.com>

## 20230311 - Kee Summary
1 message

**Robert Craft** <craft.kdoc@gmail.com>                                                                          Sat, Mar 11, 2023 at 1:39 PM
To: Bob Craft🚌🚐 <robert.craft@ks.gov>
Cc: Robert Craft <craft.kdoc@gmail.com>

COI Kee

I believe last night's conversation regarding the recent controversial events needs to be addressed formally due to the fact the situation has not been rectified.

I believe the list of controversial events and actions that bring concern needs to be expressed individually as they are accumulating specifically over the past 2 weeks, and the attempt to handle them verbally went without beneficence.

March 11, 2023.

At Approx 1830hrs, I approached you at the OIC Desk and requested to have a discussion and clarify the events of March 10, 2023. You initially declared the situation was closed, and I compelled you that I still wish the have the discussion. You reluctantly consented, and I confirmed the discussion would happen in the shift supervisor's office. You responded by Confirming.

I proceeded to the shift supervisor's office at waited for your arrival and observed you continued completing folding gloves that were recently washed and then decided to take the inmate mailbox to dispatch, allowing me to continue waiting for you.

A few minutes later, you arrived, and we entered the shift supervisor's office. You took the seat at the computer desk closest to the exit door, and I remained standing at the file cabinet.

I began with establishing a perimeter of understanding in the hierarchy of the chain of command in the facility and that CSI Townsend is the shift supervisor. When CSI Townsend gives directions, those directions are to be followed and executed regardless of what is transpiring.

I then elaborated that yesterday, Resident Ferguson approached me after speaking with CSI Townsend and relayed a directive to get him his shorts and call dispatch to facilitate that command. I called the dispatch office and let the phone ring repeatedly with no answer. You then declared that you were having a conversation, looked at the monitor and confirmed I was calling, and willfully knowingly ignored the phone to continue your conversation. I confirmed your prioritization of duties was to continue a conversation that had no basis for the application of your responsibilities, but you designated a personal conversation as a higher priority. You had no response to this clarification.

I, then continued my presentation by stating I proceeded to the Dispatch office, saw the door was open and observed you in the middle of your conversation. I found Ferguson's shorts and asked you how I was supposed to finish the paperwork to fulfill the task of getting him his clothing. You responded by stating, "you don't know how to do the paperwork?" I responded NO, and then asked, "why didn't you answer the phone? You began to declare. I stated you began to respond, "I was talking", but caught yourself and then became angry by commanding I leave the Dispatch office.

Note in the middle of my expression, you interrupted me and criticized the way I was speaking, stating, "can you talk like a normal person?" I felt your interjection and attempt to attack the fact that I am speaking slowly and precisely to make sure you are able to receive the complete expression, and deliberate points are inappropriate, condescending, and rude. I request you cease and desist from any further aggressive actions or attempts to control how I express myself.

You then asked how long I have worked here (NCF), to which I responded that point is irrelevant, as the issues being brought forward are the only points that need to be addressed. I believe your expression is an attempt to discredit me using time as a weapon and is condescending, disrespectful, and hostile. I request from this point further, you treat me with dignity and respect as a human being and cease and desist any further attempts to subjugate or coerce me by weaponizing arbitrary points to give you some type of perceived advantage.

I then brought up the event earlier in the week, where after a conflict in the dining facility where two residents did not have food due to an error that occurred prior to the 4 pm-12 am shift.

I requested you explain why during the event, you took it upon yourself without direction to take the sheet out of the cafeteria without notifying anybody, harassed inmate Gonzalez stating to him, "you don't deserve that food," and then continued to antagonize him, when I was the Officer that authorized his alternate meal, because of the error, but you never approached me and clarified any details to the events that transpired. I asked you, "why you did not come talk to me?" for which you had no answer. Subsequently, after that event, it

has come to be understood you admitted the way you treated Gonzalez was inappropriate, but it has been confirmed you have made no attempt to give reparation to him for your poor behavior.

I then inquired as to why you would go take the sheet out of the kitchen, and you responded stated, "somebody had to do something because you guys fucked up." I responded by asking you, "who gave you directions to take the sheet out of the kitchen? Who asked you to get involved?" or did you just take it upon yourself to do it, which caused two other residents to be reprimanded? The First priority is getting the residents fed, and the other priority and duties are required to be completed prior to examining the events to determine the cause and facts. You had no response, but in my opinion, your freelancing actions caused more challenges to arise, and your failure to notify anybody of what you were doing caused additional delays in getting the details and facts. Additionally, based on your response last night, you still believe the 4pm-12am shift, which is not on duty when the residents go to work and confirm their meal, is somehow still responsible for the event. This is concerning because your perception and accusations are logically outside the basis of reason and are false.

At this point in the discussion, you became frustrated with my presentation and inquisition about your poor behavior and actions and left the shift office, stating condescendingly, "You need to take it down a notch." I did not reengage you and allowed you to flee.

Additionally, I intended to address the passive-aggressive behavior toward Resident Darrah at dispatch on March 10, 2023, where I was filling out the paperwork to take the picture for him, and he asked you "what are you watching" as there was a program on the TV. You paused extensively and then responded to him, stating, "you talk too much." You then looked at me as if I was going to support your response. I am sorry, but behavior like that for no reason is condescending, inappropriate, and unprofessional. Should that behavior of gas-lighting or passive aggressiveness be observed again, you shall be notified to present the basis of reasoning for your actions.

March 11, 2023, @ approx. 1930

After the discussion in the Supervisors' office, I was sitting in the front office, working on rec activity duties that my position is required to complete. You came out to the dispatch office and stated to COI Bunch, "I guess Earl was right, and this shift does not do anything." You then left. I heard your expression directly and confirmed the statement came from you. I am not sure what the purpose of making such a statement is except to make false accusations against the staff that is normally on the shift from 4pm-12am. I believe your accusations are an attempt to save face in a retaliatory response, to persuade other Officers' opinions and perceptions in an attempt to gain support to cover the declaration of your poor attitude, behavior, and actions. If you have a specific item you wish to bring to the shift's attention of staff to make them aware of an improvement, that would be welcomed and prudent for the facilitation of a harmonious work environment; however, actions of slander and defamation without any details or facts are propaganda and false in an attempt to cover up your personal shortcomings. I request you cease and desist any further attempts to manipulate or influence fellow employees' or residents' opinions to the detriment of anybody.

As a person who has years of management, supervisory, and training experience the ability to prioritize tasks and execute them based on the needs of the mission is essential to a conducive and functional work environment. Your repeated inability or refusal to maintain a hierarchy of prioritization, the disregard of the presentment of conflictual concerns and refusal to take responsibility, make reparations, or be accountable for your actions are all concerning and detrimental to building a foundation of trust or cohesiveness within the work environment.

Based on your behavior and refusal to be accountable for your actions, the inability to control your emotions, and concern for additional retaliatory responses, any attempt to verbally engage you is deemed to be detrimental. All controversies and conflicts, unless immediately detrimental to life safety or property conservation, shall be in writing and presented formally.

In closing, if you find any part of this statement as false and misperceived, you are welcome to respond in writing and clarify yourself; otherwise, I will interpret my perceptions to be fact.

I request that when addressing me, any employee, or resident during controversies that arise, it is not out of your emotions, which no other person should control, but is in a manner to determine the facts of the event and if it was a simple mistake, or if a mechanism could be manufactured to limit those events from happening.

Finally, I hope that affording you this expression and opportunity will establish some healthy boundaries in our professional relationship to build off of and facilitate a harmonious environment moving forward.