Exhibit C

 Gmail                Search mail

**Subject:** Craft - Summary of Meeting on March 12, 2023

CSI Linneman,

I have digested and deliberated the contents of the meeting on Sunday with you and CSI Townsend upon my arrival to work. I believe the following points are as clear and concise as I ca direction and commands.

Points

1. I am required to accept being treated disrespectfully because I am a new employee and I have not earned the right to be respected therefore the IMPP on Workplace Violance
2. I am required to just take individuals poor behavior after I verbally bring forth their actions to them, and they choose to ignore or disregard the issue being brought forth, and I establish boundaries.
3. I am required to be concerned about how people may possibly perceive or form opinions about things I say, and I should make sure I am cautious when expressing myself or ta
4. You currently have formed opinion that I made statements that "if anybody gets in my way, I will sue them," but when asked who made these statement you refused to disclose and attempted to understand its meaning and origin, but you kept repeating that I knew what you talking about, but refused to provide any details.
5. As you are currently under the impression that I intend to sue somebody as you kept asking me who I was going sue even though to my knowledge I have made no such claim n anybody in Kansas.
6. You are commanding me to deviate from standard conflict resolution protocol in formally notifying individuals when necessary and proper after approaching them verbally and

I am confused and uncomfortable applying your commands regarding the previous points unless they are put in writing as a specific directives for me to abide by.

Can you please let me know how long I have to work at NCF before I am allowed to bring forth concerns or address aggressive or hostile actions directed at myself or inmates?

Can you please let me know how long I need to be employed by NCF before I am allowed to address and defend myself from individuals who make false accusations or spread false rum

I appreciate you refraining from cussing at me, after I asked you please stop.

The primary principle of my confusion regarding conflict resolution protocol and application is based on my experience in consulting on implementation of organizational conflict resolut and my intent to follow and apply standard protocol to bring controversies into harmony thru the application of standard protocol practices.

Additionally, in my initial training at Norton this process was presented and discussed. Both Administration and Training encouraged and consented to the application of these process t future oversight investigations and/or litigation.

Can you please elaborate your reasoning for deviating from these processes so I can consult with administration and training going forward.