

Norton Correctional Facility
P.O. Box 546
Norton, KS 67654-0546

**Kansas**
Department of Corrections
Norton Correctional Facility

Phone: (785) 877-6654
Fax: (785) 877-6604
NCF.2@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Hazel M. Peterson, Warden

Laura Kelly, Governor

March 31, 2023

**CONFIDENTIAL**

RE: Letter of Counseling

COI(A) R. Craft

This will serve as a Letter of Counseling concerning your work performance in violation of Kansas Department of Corrections Internal Management Policies and Procedures (IMPPs), as follows:

### IMPP 02-118D "Employee and Volunteer Rules of Conduct and Undue Familiarity"

**Policy Statement:** *Every Contact with offenders should be viewed as an opportunity to set a positive example and to emphasize positive behavior and individual accountability. All employees of the Kansas Department of Corrections shall adhere to the Department's Code of Ethics, as well as all other applicable statutes, regulations, performance, conduct, and/or physical and mental fitness expectations as established herein. The Department is committed to providing a productive and efficient work environment free of behaviors that are violent, threatening, disruptive, harassing, dishonest, unethical, or that violate any of the provisions of this document. Violation of any statute, regulation, rule of conduct, or condition of employment may subject the employee to criminal charges or disciplinary action, up to and including dismissal."*

IV. B. 1. *"While on duty, employees and volunteers shall at all times maintain a courteous, respectful and professional demeanor in their dealings with, and in the presence of, offenders, employees, visitors, and the public."*

IV. B. 3. *"Employees or volunteers shall neither encourage nor participate in any behaviors that would create a hostile or fearful work environment, including but not limited to:*
   d. *"Any telephone harassment or abuse of other modes of communication"*

IV. B. 4. *"Employees and volunteers shall, whether on duty or off duty, avoid conduct, which would be likely to bring criticism upon themselves or the Department."*

You signed the Kansas Department of Corrections Code of Ethics on 11-28-2022:
*"As an employee, contract personnel, or volunteer of the Kansas Department of Corrections, I will value and maintain the highest ideals of professionalism and public service in carrying out my duties and responsibilities. I will respect the dignity of individuals, the rights of all members of society and the potential for human growth, development and behavioral change. I accept it is my fundamental duty to serve the public……I will value and maintain the highest ideals of professionalism and public service in carrying out my duties and responsibilities…I will be honest and truthful. I will be exemplary in obeying the law and following the rules and regulations of the Department. I will promote honesty and ethical behavior over loyalty to individuals."*

Your post Orders for post 230 NCF-EU Rec Officer page 8 states: "Any problems with other officers or any other employee shall be documented and reported to the shift supervisor as applicable.".

By sending these emails to multiple individuals that you had a conflict with, you have violated IMPP and Post Orders.

You have been sending out long narrative emails to individuals in which you have a conflict with. In these electronic correspondences you have been belittling, disrespectful, and unprofessional all while escalating each situation. We had a meeting on March 12, 2023, in the EU Shift Office to which you stated you have the right to escalate a situation by putting it in writing and escalate the situation to get a reparation or establish boundaries. It is never a good idea to escalate any situation, whether it be with staff or residents. Our job is to deescalate situations.

In your email that you sent to me, you spoke about how your initial training at Norton was presented and discussed and how Administration and Training encouraged your application of conflict resolution. This is untrue. On December 30, 2022, you took the Communications course in Staff Development. This course outlines active listening, verbal communications, and non-verbal communications. The course did not instruct you to violate IMPP 02-118D in your communications with your peers.

While we encourage you to attempt to resolve your differences and conflicts at the lowest level possible, we also must follow policy, procedure, and orders. I am forwarding a copy of this letter to CMII Glendening and Warden Peterson, and I am requesting formal discipline from Warden Peterson.

_____
COI R. Craft

_____
CSI J. Townsend

bi craft
Response to LOC

I am ~~requesting~~ fu// accepting this discipline under protest for the following reasons, and not limited to.

1) I have never been presented a specific event or action as to the cause of this discipline.

2) I have never been given proper training according to IMPP or other policy or procedure process to be fully aware of how to handle controversies that arise.