

Exhibit E

Norton Correctional Facility
P.O. Box 546
Norton, KS 67654-0546

**Kansas**
Department of Corrections
*Norton Correctional Facility*

Phone: (785) 877-6654
Fax: (785) 877-6604
NCF.2@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Hazel M. Peterson, Warden

Laura Kelly, Governor

April 10, 2023

Robert Craft
209 N Oak Street
Stockton, KS 67669

Confidential

Mr. Craft:

    This letter serves as official notice of your dismissal, while on probation, from your position as a Corrections Officer I (A) at Norton Correctional Facility effective, April 11, 2023. The basis for this action is K.S.A. 75-2946 and K.A.R. 1-7-3(d) which provide for the dismissal of a probationary employee at any time during the probationary period.

    As the result of this dismissal, the following considerations should be made regarding your benefits:

- Health and Dental Insurance Plans: This coverage will end effective midnight, May 1, 2023.
    - You will be sent paperwork that will allow you to remain on the health plan under the terms of COBRA.
- Accrued Vacation Leave will be paid out on your last paycheck.
- Sick Leave balances are not paid out at end of appointment; however, sick leave balances may be restored should you return to Kansas State Service within one year of your separation date.
- You will be mailed an exit packet, containing information about all of your benefits including information about life insurance and KPERS.

    If you wish to respond to your dismissal, you may direct a letter to my attention at the Norton Correctional Facility. However, the opportunity to respond extended to you should not be construed as a limitation on my authority to dismiss you while on probation. Please arrange with Human Resources for immediate return of your uniforms, KDOC employee ID card and completion of the exit process.

Sincerely,

*Hazel M. Peterson, Warden*

Hazel M. Peterson, Warden
Norton Correctional Facility

cc:    Kraig Knowlton, Director, Office of Human Resources
        Joel Hrabe, KDOC Deputy Secretary
        Christina Peach, Interim KDOC Human Resources Director
        Robert Wasinger, NCF Legal Counsel
        Personnel File