Exhibit F



**Kansas**
Department of Corrections
*Norton Correctional Facility*

Norton Correctional Facility
P.O. Box 546
Norton, KS  67654-0546

Phone: (785) 877-6654
Fax: (785) 877-6604
NCF.2@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Hazel M. Peterson, Warden

Laura Kelly, Governor

April 25, 2023

Robert Craft
209 N Oak Street
Stockton, KS 67669

Mr. Craft,

This letter is to inform you that your response to your probationary dismissal from Norton Correctional Facility was received.  Per K.A.R. 1-7-3, "Any probationary employee, other than an employee on probation due to a promotion from a position in which the employee had permanent status, may be dismissed by the appointing authority at any time during the probationary period."

I thank you for your service and wish you well in your future endeavors.

Sincerely,

Hazel M Peterson, Warden
Norton Correctional Facility