# UNITED STATES DISTRICT COURT
### for the
### District of Kansas

COI Robert Craft,
    **Plaintiff,**

v.

CSI Jacob Townsend, et al

    **Defendants**

    _____/

Case No: 6:23-cv-01081-JAR-GEB

**PLAINTIFF MOTION FOR A MORE DEFINATE STATEMENT**

---

Plaintiff, with the utmost humbleness and humility, brings forth this "**Plaintiff Motion for a More Definite Statement** " Per Fed. R. Civ. P. Rule 12(e)

**Plaintiff Statement of Position**

1. The Plaintiff believes a due diligent exercise to examine, research, and deliberate the subsequent referenced associated documents has been performed. Unfortunately, Plaintiff is found wanting due to a revelation of what can only be interpreted to be Personal ignorance and perplexion regarding the Defendants' and KAG's unified response.

2. Plaintiff believes the Documents giving rise to the Plaintiff's confusion are the accumulated contents in the

    a. Plaintiff

35           i. Original Petition (Doc 1),
36           ii. Plaintiff's Motion for Emergency Provisional Remedy (Doc.
37               10),
38           iii. Request for Hearing on Plaintiff's Motion for Emergency
39                Provisional Remedy (Doc. 15),
40           iv. Motion for Temporary Restraining Order and Motion for
41               Preliminary Injunction (Doc. 16)
42       b. The Court
43           i. CLERK'S FOURTEEN-DAY EXTENSION (Doc 13)
44           ii. ORDER (Doc 18)
45       c. Defendant's
46           i. MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
47              TO DISMISS (Doc 20)
48
49 **Preservation of the Right to Respond to Other Defenses and Motions**
50       a. Plaintiff hereby requests the Court consent to a Preserving the Right
51          to Address Defendant's and KAG's subsequent Responses and
52          Motions.
53           i. DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S
54              MOTIONS FOR PREJUDGMENT GARNISHMENT (Doc 22)
55           ii. DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S
56               MOTION TO DISQUALIFY COUNSEL (Doc 23)
57
58                          **Plaintiff Disclaimer**

The Questions below are only based on the Plaintiff's Presumptions compared to the Filed Documents of the Defendants and KAG. Plaintiff does not consider the contents to be Declared Lawful Facts. The Questions are intended to clarify specifics to expedite a speedy conclusion to this case and controversy.

**Questions**

1. **Pg. 1-Nature of Case, Line 1:** When each Defendant and KAG (Hereinafter Defendants) refer to the Plaintiff as a "Kansas Department of Corrections (KDOC) Officer" are they consenting and acknowledging the Fact, the Plaintiff was an Officer with a sworn Oath to "Support the Constitution for the United States?"

2. **Pg. 1-Nature of Case, Line 2:** When the Defendants refer to Norton Correctional Facility (KDOC) are they consenting and acknowledging the facility is a Public Body Politic operating under Kansas State Statute Under the Constitution for the United States of America?

3. **Pg. 1-Nature of Case, Line 3:** When the Defendants use the term "employment" are they referring to Public Officer positions of "Profit" and "Trust" as a privilege to act in the Public Interest?

4. **Pg. 1-Nature of Case, Line 4:** When the Defendants use the term "employees" are they referring to Public Officers who are required to act Under the Color of Law when performing ALL duties and responsibilities?

5. **Pg. 1-Nature of Case, Line 4:** The Defendants state *"he claims were an exercise of free speech and religiously motivated. (Doc 1 at 7-14.)"* are they stating the Plaintiff's actions were not in alignment with standing Law,

Statutes, Code, Regulations, Directives, Policies, and Procedure (hereinafter Law)?

6. **Pg. 1-Nature of Case, Line 6:** What Rules, Statutes, actions, and/or evidence give the Defendants a presumption the Plaintiff is "suing defendants in their official capacities (Doc. 1 at 1-3)."

7. **Pg. 1-Nature of Case, Line 6:** What action gives rise to the Defendants' presumption the Plaintiff brought case and controversy *"under 42 U.S.C. § 1983?"*

8. **Pg. 2-Nature of Case, Line 1:** If the Defendants presume Plaintiff brought a case and controversy under the First Amendment and Fifth Amendment[1] why would the Defendants believe the case is associated with Employment Law?

9. **Pg. 2-Nature of Case, Line 3:** under the Constitution for the United States of America is "Liberty[2] of Contract[3]," not a fundamental Individual right to

---

[1] **Yazzie v. Seth Fezatte & Werner Enters., Inc., No. 16-CV-00472 JAP/KS (D.N.M. Apr. 25, 2019)**: Only an individual may assert a Fifth Amendment right. "[F]or purposes of the Fifth Amendment, corporations and other collective entities are treated differently from individuals." Braswell v. United States, 487 U.S. 99, 104-105 (1988). Collective entities do not have a Fifth Amendment privilege. High Desert Relief, Inc. v. United States, 917 F.3d 1170, 1188-89 (10th Cir. 2019).

[2] **Coleman v. Utah State Charter Sch. Bd., No. 15-4141, at *11-12 (10th Cir. Dec. 16, 2016):** In this circuit, claims based on liberty interests require proof not only of defamatory statements injuring an employee's reputation, but also proof of harm that forecloses other employment opportunities. Stidham v. Peace Officer Standards & Training, 265 F.3d 1144, 1153-54 (10th Cir. 2001). The statement must also be false, made in the course of an employee's termination, and published. Workman v. Jordan, 32 F.3d 475, 481 (10th Cir. 1994)."

[3] **EPIC Sys. Corp. v. Lewis, 138 S. Ct. 1612, 1635 (2018):** "Whereas ... the individual unorganized worker is commonly helpless to exercise actual liberty of contract and to protect his freedom of labor, ... it is necessary that he have full freedom of association, self-organization, and designation of representatives of his own choosing, ... and that he shall be free from the interference, restraint, or coercion of employers ... in the designation of such representatives or in self-organization or in other concerted activities for the purpose of collective bargaining or other mutual aid or protection." 29 U.S.C. § 102.

99     exercise the sale of Personal "Labor and Time" while reserving the right to
100    protect "Conscience and Soul" under the Constitution for the United States?
101  10. **Pg. 2-Nature of Case, Line 5:** What action gives rise to the Defendants'
102    presumption the Plaintiff brought case and controversy *"under 42 U.S.C. §*
103    *1985,[4],[5] ?"*
104  11. **Pg. 2-Nature of Case, Line 6:** The Defendants state the Plaintiff is seeking
105    "monetary" relief, how is the Defendant limiting redemption to "Profit"
106    awards in the Constitution to "monetary relief"
107  12. **Pg. 2-Nature of Case, Paragraph 2, Line 2:** When did the Plaintiff leave the
108    confines of Amendment X in bringing this case and controversy forward
109    where State's right would become applicable?
110  13. **Pg. 2-Nature of Case, Paragraph 2, Line 2:** When did the Defendants in
111    Individual Capacity get the protection of immunity for actions outside the
112    color of law?
113  14. **Pg. 2-Nature of Case, Paragraph 2, Line 3:** How many facts would need to
114    be provided for the Defendant to consent and acknowledge there are enough
115    facts to make an actual claim?

---

[4] **Bland v. City of Aurora, Civil Action No. 15-cv-00904-GPG, at *4-5 (D. Colo. May 1, 2015):** "an underlying unlawful act is necessary to prevail on a civil conspiracy claim." Peterson v. Grisham, 594 F. 3d 723, 730 (10th Cir. 2010). Without stating a claim for an actual deprivation of rights, Plaintiff cannot state a conspiracy claim. See Dixon v. Lawton, 898 F.2d 1443, 1449 (10th Cir. 1990)

[5] **Bland v. City of Aurora, Civil Action No. 15-cv-00904-GPG, at *3 (D. Colo. May 1, 2015):** Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State . . . , subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."

15. **Pg. 2-Nature of Case, Paragraph 2, Line 3:** Why are the Defendants using the term "fact" when they should be aware only a Jury can declare a Lawful "fact" under the seventh amendment[6,7]?

16. **Pg. 2-Nature of Case, Paragraph 2, Line 3:** Are the Defendants not aware a Court of the United States can only render judicial opinions, and no fact ever ruled by any court of the United States is only a presumed fact until declared a fact by a jury?

17. **Pg. 2-Nature of Case, Paragraph 2, Line 3:** Are the Defendants aware that a Declaratory Judgment can be sought in Federal Court as Long as there is an actual controversy[8,9]?

---

[6] **SFF-Tir, LLC v. Stephenson, No. CIV 14-0369 JB/FHM (N.D. Okla. July 5, 2017):** In Response to Defendants' Acquiescence MSJ ¶ 2, the Plaintiffs do not dispute this fact, but they contend that this fact is "immaterial and irrelevant under the entire fairness standard of review that governs the Tender Offer and Merger." Response to Defendants' Acquiescence MSJ ¶ 2, at 8. Contending that a fact is immaterial is not disputing a fact, nor is it specifically controverting a fact by directing the Court with particularity to the record. See N.D. Okla. LCvR56.1(c). The Court has previously noted that arguing a proposed fact at the summary- judgment stage is immaterial to the Court's disposition of the summary judgment motion is not effective to contest a fact: "Materiality is not proper grist for the statement of facts and is considered properly in the Court's legal analysis." Lowery v. City of Albuquerque, 2011 WL 1336670, at *4 n.8. The Plaintiffs' assertion that the entire fairness standard is the operative standard is a legal conclusion and not a factual assertion, and so does not materially affect the Plaintiffs' admission of the fact.

[7] **SFF-Tir, LLC v. Stephenson, No. CIV 14-0369 JB/FHM (N.D. Okla. July 5, 2017):** "The Seventh Amendment protects a litigant's right to a jury trial only if a cause of action is legal in nature and it involves a matter of 'private right.'" Granfinanciera v. Nordberg, 492 U.S. at 42 n.4.

[8] A declaratory judgment is a binding judgment from a court defining the legal relationship between parties and their rights in a matter before the court. When there is uncertainty as to the legal obligations or rights between two parties, a declaratory judgment offers an immediate means to resolve this uncertainty. However, because a declaratory judgment is often sought prior to the full development of a lawsuit, courts are sometimes hesitant to issue declaratory judgments, as they would prefer to see the case develop more before issuing a judgment. In typical civil actions, plaintiffs seek damages or injunctive relief to remedy an injury. In other words, there generally must be an injury for which the court can grant relief prior to a party bringing a lawsuit. Declaratory judgment actions are an exception to this rule and permit a party to seek a court judgment that defines the parties' rights before an injury occurs. A declaratory judgment differs from other judgments because it does not provide for any enforcement or order a party to take any action or pay damages. Essentially, it states the court's authoritative opinion regarding the exact nature of the legal matter and whether the parties would be entitled to relief without actually requiring the parties to do anything.  For example, a declaratory judgment action could be brought to determine party rights and obligations under a contract or to establish the validity of a patent.

[9] **Under Article III of the U.S. Constitution,** a federal court may only issue a declaratory judgment when there is an actual controversy.  Without an actual controversy, the federal courts do not have jurisdiction to hear the case. For

18. **Pg. 2-Nature of Case, Paragraph 2, Line 3:** Are the Defendants aware that any court of the United States "may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought."[10]?

19. **Pg. 2-Nature of Case, Paragraph 2, Line 6:** Are the Defendants using the term **"**retaliation" as it pertains to the deprivation of rights under the color of law or conspiracy or any of the other questions proposed to the Jury?

20. **Pg. 2-Nature of Case, Paragraph 2, Line 6:** Are the Defendants stating because the Laws associated with the case and controversy are sound, the Defendants Individually executed their duties under the color of those laws?

21. **Pg. 2-Nature of Case, Paragraph 2, Line 7:** Are the Defendants stating the Plaintiff's "due process[11]" claim under the Fifth Amendment should be dismissed because the Constitution is "not" a "good law?"

22. **Pg. 2-Nature of Case, Paragraph 2, Line 8:** Are the Defendants stating it is not possible for the Defendants to perform actions not "under the color of

---

an actual controversy to be found, the plaintiff cannot be merely seeking advice from the court, but instead must show that the controversy between parties is substantial, immediate, and real and that the parties have adverse legal interests.

[10] **28 U.S. Code § 2201 - Creation of remedy:** "any court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought. Any such declaration shall have the force and effect of a final judgment or decree and shall be reviewable as such."

[11] **Coleman v. Utah State Charter Sch. Bd., No. 15-4141, at *11-12 (10th Cir. Dec. 16, 2016):** "Under the Due Process Clause, public employees have a liberty interest in their reputations, but only in the context of their employment. Paul v. Davis, 424 U.S. 693, 701, 706 (1976); McDonald v. Wise, 769 F.3d 1202, 1212 (10th Cir. 2014). At-will status does not preclude the interest. McDonald, 769 F.3d at 1212 n.2. In this circuit, claims based on liberty interests require proof not only of defamatory statements injuring an employee's reputation, but also proof of harm that forecloses other employment opportunities. Stidham v. Peace Officer Standards & Training, 265 F.3d 1144, 1153-54 (10th Cir. 2001). The statement must also be false, made in the course of an employee's termination, and published. Workman v. Jordan, 32 F.3d 475, 481 (10th Cir. 1994)."

142      law" or participate in a "conspiracy" because they are corporations and not

143      sworn Public Officers?

144   23. **Pg. 2-Questions Presented, Question II:** Are the Defendants stating

145      actions of Deprivation of Rights Under the Color of Law and Conspiracy are

146      "official duties" for the Defendants to perform?

147   **24.**      **Pg. 3-Questions Presented, Question II:** Are the Defendants stating

148      the State of Kansas and the Department of Corrections has a stronger

149      interest to deprive Public Officers of their rights[12] and duties under the

150      Color of Law and act in conspiracy as "a stronger interest in preventing

151      disruptions," than Public Officers performing in accordance with the Law[13]?

152   **25.**      **Pg. 3-Questions Presented, Question IV:** Are the Defendants stating

153      that a claim to exercise Constitutional Rights of Protection when harmed are

154      not considered a Liberty Right[14]?

---

[12] **Okla. State Conference of NAACP v. O'Connor, 569 F. Supp. 3d 1145, 1155 (W.D. Okla. 2021):** "it is always in the public interest to prevent the violation of a party's constitutional rights." Verlo v. Martinez, 820 F.3d 1113, 1127 (10th Cir. 2016) (internal quotation marks and citation omitted). The Court finds Plaintiff has demonstrated that the balance of equities and public interest weigh in favor of a preliminary injunction.

[13] **United States v. Young, 403 F. Supp. 3d 1131, 1138 (D.N.M. 2019):** The historical foundation for our recognition of these principles extends down centuries into the common law. "[T]o guard against a spirit of oppression and tyranny on the part of rulers," and "as the great bulwark of [our] civil and political liberties," 2 J. Story, Commentaries on the Constitution of the United States 540-541 (4th ed. 1873), trial by jury has been understood to require that "the truth of every accusation, whether preferred in the shape of indictment, information, or appeal, should afterwards be confirmed by the unanimous suffrage of twelve of [the defendant's] equals and neighbours ...." 4 [Sir William Blackstone, Commentaries on the Laws of England: In Four Books 343 (William D. Lewis ed., 2007) ](1769).

[14] **Matthews v. Wiley, 744 F. Supp. 2d 1159 (D. Colo. 2010):** To state a due process claim, two elements: (1) that a recognized liberty or property interest has been interfered with by the Defendants, and (2) that the procedures attendant to that deprivation were not constitutionally sufficient. Kentucky Dept. of Corrections v. Thompson, 490 U.S. 454, 460 (1989).

155     **26.**     **Pg. 3- Arguments and Authorities, Line 1:** Are the Defendants
156     stating it is "Standard" to "Motion to Dismiss[15] for Lack of Subject-Matter
157     Jurisdiction" without determining if the contents of the case or controversy
158     relate to the cases being cited?
159     27.**Pg. 3- Arguments and Authorities, Line 2:** Do the Defendants believe this
160     case and controversy is regarding a breach of contract[i]?
161     28.**Pg. 3- Arguments and Authorities, Line 2:** What Contract do the
162     Defendants believe exist between the Plaintiff and the Defendants?
163     29.**Pg. 3- Arguments and Authorities, Line 2:** Are the Defendants aware the
164     case cited requires a presumption the case and controversy falls outside
165     "limited jurisdiction,[16]" but the Federal Court has Original Jurisdiction on
166     All cases arising out of the Constitution for the United States?
167     30.**Pg. 3- Arguments and Authorities, Line 2:** On what basis did the
168     Defendants, ascertain a presumption the Federal Court[17] has "limited

---

[15] **Dudley v. Harrison, McCready Co., 127 Fla. 687 (Fla. 1937):** "As stated in the opinion of Mr. Justice ELLIS, the strict common law rule was that a motion for judgment non obstante veredicto could only be interposed by a plaintiff, but this rule appears to have been relaxed in the case of Williams v. Hines, 80 Fla. 690, 68 So. 695, where, under the somewhat peculiar facts of that case, this remedy was held available to the defendant. It was also the rule at common law that a judgment non obstante veredicto must be based solely upon matters appearing upon the face of the record, and that the evidence could not be looked to in determining a motion for such judgment. It was not therefore the appropriate remedy where a verdict was against the weight of, or unsupported by, the evidence. 11 Ency. of Pldg. and Prac., 917; 33 C.J.

[16] This court reviews de novo a dismissal for lack of subject matter jurisdiction. See Trackwell v. United States Gov't , 472 F.3d 1242, 1243 (10th Cir. 2007). "Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute." Kokkonen v. Guardian Life Ins. Co. of Am. , 511 U.S. 375, 377, 114 S.Ct. 1673, 128 L.Ed.2d 391 (1994). "It is to be presumed that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the party asserting jurisdiction." Id. (citation omitted).

[17] **Prison Legal News v. Fed. Bureau of Prisons, 944 F.3d 868 (10th Cir. 2019):** Courts employ three jurisdictional doctrines to "keep federal courts within their constitutional bounds": standing, mootness, and ripeness. Brown , 822 F.3d at 1163. Standing requires the plaintiff to allege a personal interest warranting federal-court jurisdiction by showing three elements: (1) "an injury in fact," (2) a "causal connection between the injury and the conduct complained of," and (3) redressability. Id. at 1164 (quoting Lujan v. Defs. of Wildlife , 504 U.S. 555, 560-61, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992) ). Mootness is "standing set in a time frame: The requisite personal interest that must exist at the commencement of the litigation (standing) must continue throughout its existence (mootness)."

jurisdiction" in regards to getting the Facts Declared in the case and controversy brought by the Plaintiff?

31. **Pg. 3- Arguments and Authorities, Line 2:** Are the Defendants claiming the Federal Court[18] does have subject matter jurisdiction to rule on cases and controversies brought at Law and Equity under the Constitution for the United States?

32. **Pg. 3- Arguments and Authorities, Line 2:** What type of Law do the Defendants believe this case and controversy has been brought forward?

33. **Pg. 4- I, Line 4:** Are the Defendants claiming Public Officers[19] are entitled to Absolute Immunity from suit?

34. **Pg. 4- I, Line 4:** Are the Defendants aware that a suit against an "official capacity" does not apply to a Person in Individual Capacity, but a Official Seat of Government?

35. **Pg. 4- I, Line 9:** What time frame are the Defendants using to determine the Claims are for "retrospective declaratory relief?"

36. **Pg. 5- I, Line 6:** If the Plaintiff Jury were to Declare a superior contract between the Public and Public Officer establish upon executing the Oath, then would it be reasonable to conclude the Jury can rescind each

---

Id. (quotations omitted). Ripeness "prevent[s] the premature adjudication of abstract claims." United States v. Cabral , 926 F.3d 687, 693 (10th Cir. 2019) (quotations omitted).

[18] **28 U.S.C. § 1331:** Bush v. Lucas 462 U.S. 367 (1983) (Finding that 28 U.S.C. § 1331's general jurisdictional grant to decide cases arising under the Constitution not only grants federal courts the authority to decide whether a constitutional violation occurred, "but also the authority to choose among available judicial remedies in order to vindicate constitutional rights." (citing Hood, 327 U.S. at 684, 66 S.Ct. 773))

[19] **Armstrong v. Exceptional Child Ctr., Inc., 575 U.S. 320, 327 (2015)**: The ability to sue to enjoin unconstitutional actions by state and federal officers is the creation of courts of equity, and reflects a long history of judicial review of illegal executive action, tracing back to England. See Jaffe & Henderson, Judicial Review and the Rule of Law: Historical Origins, 72 L.Q. Rev. 345 (1956).

Defendant's capacity to Execute an Oath and hold a position of "Trust" or "Profit" under the Constitution for the United States as a Declared fact by the People?

**37.** **Pg. 5- I, Line 9:** If a Person is not a Public Officer until the Oath is sworn or could be sworn, then would it not be reasonable to conclude the Person in Capacity of an Individual has the capacitated to swear an Oath the support the Constitution for the United States and continue that position of Privilege only at the continued consent of the People?

**38.** **Pg. 5- II:** Are the Defendants stating that "retaliation" is a concept within the scope of the Constitution and Bill of Rights?

**39.** **Pg. 5- II:** Are the Defendants stating that because the Plaintiff did not bring a case at Employment Law or Under U.S. Code he has no right to bring a case and controversy to a Court?

**40.** **Pg. 5- II:** Are the Defendants arguing the Petition for Redress was regarding the "dismissal of Plaintiff's § 1983?[20]" by KDOC at employment law?

41. **Pg. 6- A - Paragraph 2 – Line 2:** Are the Defendants stating that addressing concerning behavior *"verbally and by email regarding conduct toward himself and inmates that Craft found offensive. (Doc. 1 at 7.)"* when the Plaintiff is responsible to make sure inmates rights are not violated is not within KDOC Policy or Procedure?

42. **Pg. 6- A - Paragraph 2 – Line 3:** Are the Defendants establishing the undisputed and ignored contents of the summary sent to "Townsend and

---

[20] Houston v. Indep. Sch. Dist. No. 89 of Okla. Cnty., 949 F. Supp. 2d 1104, 1112 (W.D. Okla. 2013)

210 Linneman" during the "meeting where they had advised him to handle
211 conflicts with fellow employees differently. (Doc. 1 at 8.)" were withing the
212 Law and NOT a Deprivation of the Plaintiff's rights under the color of law."
213 43. **Pg. 6- A - Paragraph 2 – Line 3:** Are the Defendants establishing that
214 "Townsend and Linneman" working together to achieve the same goal to
215 "Deprive the Plaintiff his rights under the color of law" is not an act of
216 conspiracy?
217 44. **Pg. 6- A - Paragraph 2 – Line 5:** Are the Defendants establishing that
218 "Defendant Townsend issued informal discipline in the form of a Letter of
219 Counseling. (Doc. 1 at 9; Exhibit A.2)" executed ALL the requirements before
220 a discipline could be issued included but not limited to a notice of
221 investigation, a fact finding formal investigation, a predetermination due
222 process hearing, and the accusations within the discipline were in fact true?
223 45. **Pg. 6- A - Paragraph 2 – Line 5:** Are the Defendant stating that "Even after
224 receiving the Letter of Counseling, Craft sent more communications
225 regarding this conflict and threatened to bring suit. (Doc. 1 at 9-10; Exhibit
226 B.)" the discipline was some type of coercion or intimidation tactic to get the
227 Plaintiff to relinquish his rights under the color of law and submit to blind
228 obedience to just take it or be punish further?
229 46. **Pg. 6- A - Paragraph 2 – Line 5:** Do the Defendants consider that forced
230 submission to forces acting outside the color of law while working together a
231 form of public corruption, psychological warfare, oppression, and slavery?

47. **Pg. 6- A - Paragraph 2 – Line 5:** Are the Defendants establishing that public corruption, psychological warfare, oppression, and slavery are standard parts of "official duties" for Public Officers associated with KDOC?

48. **Pg. 6- A - Paragraph 2 – Line 5:** Are the Defendant stating that "Even after receiving the Letter of Counseling, Craft sent more communications regarding this conflict and threatened to bring suit. (Doc. 1 at 9-10; Exhibit B.)" the Plaintiff does not have a right to bring suit if he believes his rights, good name, and the accusations that a now published public record forever are false and defamatory?

49. **Pg. 6- A - Paragraph 2 – Line 5:** Are the Defendants admitting the previous actions referenced in questions 43 thru 48 are under the color of law and within the scope of "official duties" and responsibilities by Public Officers?

50. **Pg. 7- A - Paragraph 1 – Line 1:** Are the Defendants implying the Plaintiff is in control the Employees' union and has the power to force the union to file a grievance when he is on probation so as not to "constitutionalize the employee grievance?"

51. **Pg. 7- A - Paragraph 1 – Line 1:** Are the Defendants implying the union is required to file a grievance when an employee demands it to be done?

52. **Pg. 7- A - Paragraph 1 – Line 1:** Are the Defendants implying the Employee Union represents an individual employee for actions of harm and deprivation of rights under the color of law?

53. **Pg. 7- A - Paragraph 1 – Line 5:** Are the Defendants establishing that when Public Officers execute actions that are not under the color of law, they are performing "official duties" and the Plaintiff is required for the sake of

workplace relationships or to avoid disruptions, act by whatever means to participate and/or turn a blind eye?

54. **Pg. 7- A - Paragraph 1 – Line 5:** Are the Defendants establishing that if an inmate was withheld food, tortured physically or psychologically, raped, and even murdered, the Plaintiff for the sake of workplace relationship and avoiding disruptions, is required to consent to the perpetrators' criminal activity?

55. **Pg. 7- A - Paragraph 1 – Line 6:** Are the Defendants establishing the Plaintiff could not be held personally liable civilly and criminally should it be revealed to the public an inmate was withheld food, tortured physically or psychologically, raped, and even murdered?

56. **Pg. 7- A - Paragraph 2 – Line 6:** Can the Defendants cite what laws make criminal activity by Public Officers acceptable under the color of law?

57. **Pg. 8- A - Paragraph 1 – Line 6:** Are the Defendants admitting there is a requirement for the Plaintiff to be heard in *"the manner, time, and place of the employee's expression are relevant, as is the context in which the dispute arose." Brammer-Hoelter v. Twin Peaks Charter Acad., 492 F.3d 1192, 1207 (10th Cir. 2007) (quoting Rankin v. McPherson, 483 U.S. 378, 388 (1987)),"* but knowingly willfully and wantonly ignored the requirement requesting to be heard by the Plaintiff multiple time in writing?

58. **Pg. 8- A - Paragraph 1 – Line 6:** If the Defendants were aware the Plaintiff repeatedly requested a chance to be heard, cause for dismissal, and a due process hearing, but was repeatedly ignored or given arbitrary responses, why would they try to use that point as a defense?

59. **Pg. 8- A - Paragraph 2:** If the Defendants were aware the Plaintiff has served a notice of intent to bring suit for accusation and deprivation of rights under the color of law against "Townsend" for the Letter of Counseling, why would the Defendants consistently repeat and use the disputed accusations to fortify their current defenses?

60. **Pg. 8- A - Paragraph 1:** Do the Defendants believe the Plaintiff does not intend to seek Declaratory Judgement in regards to the false and defamatory accusations contained in the Letter of Counseling?

61. **Pg. 8- A - Paragraph 1:** Are the Defendants aware the Plaintiff is required to notify potential Defendants of the intent to bring suit or a case and controversy could be summarily dismissed?

62. **Pg. 8- A - Paragraph 1:** Are the Defendants aware that escalating punishment and ultimately dismissal without adhering to the law is compounded repetitive actions of deprivation of rights under the color of law and conspiracy as well as complete a total disregard of an Individual's Constitutional Rights and Protections.

63. **Pg. 8- A - Paragraph 1:** Are the Defendants aware the contents of page 8 is actually an admission of guilt to the accusations brought forth against the Defendants?

64. **Pg. 8- A - Paragraph 2:** If **"**corrections officers employed by the KDOC are law enforcement officers" then would it be reasonable for the Plaintiff to address other Public Officers that are breaking the Law, to give them an opportunity to remand themselves back under the color of Law?

303    65. **Pg. 8- A - Paragraph 2:** If "corrections officers employed by the KDOC are
304           law enforcement officers," then would it be reasonable for the Actions of the
305           Plaintiff to exercise his constitutional rights in performance under the color
306           of law by covenant with the Public to "support the Constitution for the
307           United States" is superior to the workplace relationships or blind obedience
308           regarding actions by other Public Officers?

309    **66.**      **Pg. 8- A - Paragraph 2:** If "corrections officers employed by the KDOC
310           are law enforcement officers," then would it not be reasonable to conclude
311           the Plaintiff's action are in fact an investigation to identify and bring to light
312           Public Officers perpetrating criminal activity within the government, and
313           part of the Plaintiff responsibilities and duties in covenant with the People?

314    **67.**      **Pg. 8- A - Paragraph 2:** If the Plaintiff as a "corrections officer
315           employed by the KDOC is a law enforcement officer," and the Documents
316           filed in this give the preponderance of impropriety as to the Defendants'
317           criminal activity, should the Court issue an order to summon Grand
318           Juries[21] or wait until a Jury Declares the Fact the Defendants have
319           committed criminal activity and confirms the actions of the Defendants were
320           in fact of Public Interest?

321    **68.**      **Pg. 9- A - Paragraph 1:** Are the Defendants claiming the Plaintiff was
322           in Fact disciplined and dismissed, because of a policy or procedure that was
323           violated, but when the Plaintiff brought this question to the Defendants,
324           they ignored and disregarded the inquiry?

---

[21] **Federal Rules of Criminal Procedure Rule 6(a):** "When the public interest so requires, the court must order that one or more grand juries be summoned"

69. **Pg. 9- A - Paragraph 1:** Are the Defendants claiming the Plaintiff was in Fact disciplined and dismissed, for documenting potential criminal behavior by the Defendants?

70. **Pg. 9- A - Paragraph 1:** The Conflict resolution process the Plaintiff exercises is specifically executed under the judicial "rules of civil procedure" accepted by every court of the United States of America, are the Defendants declaring the Rules of Civil Procedure are NOT the appropriate guidelines when acting as a Public Officer (Law Enforcement Officer) under the color of Law.

71. **Pg. 9- A - Paragraph 1:** What structural rules or procedure is proper when performing under the "color of law" to manage conflicts and controversies that arise while acting as a "Law Enforcement Officer" in the Performance of duties and responsibilities?

72. **Pg. 9- A - Paragraph 2:** When were the Defendants "entitled" to do anything except perform under the color of law to include "dismissal of Craft" which is in FACT a deprivation of the Plaintiff of Rights and Protections under the color of law and conspiracy to cover up criminal activity by Public Officers?

73. **Pg. 10 - A - Paragraph 10:** Does the Plaintiff not have a Liberty Right to consent to actions of other Public Officers and Defend when a conflict arises between the Plaintiff's understanding of Right and Wrong, especially when the activity of other Public Officers could make the Plaintiff an accessory to a felonious activity?

74. **Pg. 10 - A - Paragraph 10:** Where did the Plaintiff consent to participation in criminal activity as a standard part of "Official Duty" for continuing his relationship to KDOC?

75. **Pg. 13- A - Paragraph 13:** Why have the Defendants claim the Plaintiff has no right to be heard before dismissal while on Probation when KSA 1-7-7 states the complete opposite, and the Discipline Policy requires Due Process for Permanent and Probationary Public Officers/Employees**?**

76. **Pg. 13- A - Paragraph 13:** What specific Policy or Procedure is being cited to support the Defendants' statements regarding due process?

77. **Pg. 13- A - Paragraph 13:** If each Defendant was brought under the Constitution, and the Defendants nor the Plaintiff is a corporation or a State, what would the 14th Amendment have to do with this case and controversy?

**Summary**

The Plaintiff would like to apologize for the Confusion and Perplexion arising out of the Defendants and KAG's Position of Defense, but what can only be presumed to be the Plaintiff's ignorance. In the spirit of due regard, the Plaintiff believes it to be necessary and proper for the Parties to take a compensatory pause and reconcile presumptions of fact, thereby reaffirming a solid foundation of understanding to this case and controversy before moving forward.  The Plaintiff believes it would be impossible for the parties to attain a fair and just conclusion without such an action.

## Request to Court

The Plaintiff respectfully requests this honorable Court facilitate this "Motion for a More Specific Statement" and Request to Preserve the right to examine subsequent Defendant documents, and Postponed "formal scheduling of this case under Fed. R. Civ. P. 26(f), and 16(b)[22]", so the Plaintiff and Defendants can locate the specific plain and presumptive premises encompassing this case and controversy, then proceed to a fair and just resolution for ALL.

## Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing will be sent to Defendants per Fed. R. Civ. P. 5(b)(2) – (A), (B)(i), or (C)

s/ _____
COI Robert Craft
209 N Oak St
Stockton, KS 67669
Telephone: 941-270-0938
Email: craft.kdoc@gmail.com

---

[i] A federal district court, possessing only that power authorized by Constitution and statute, lacks jurisdiction over a claim for breach of a contract,

[22] Letter from Gwynne E. Birzer (U.S. Magistrate Judge), Dated June 22, 2023