**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ROBERT CRAFT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case. No. 23-1081-JAR-GEB** |
| ) | |
| **JACOB TOWNSEND,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S PURPORTED MOTION

Defendants Jacob Townsend, John Linneman, Teresa Glendening, Hazel Peterson and Joel Hrabe ("Defendants") submit this Response to Plaintiff's "Emergency Motion for Order to Stay and Order to Disqualify Kansas Attorney General's Office and Writ of Injunction and Request for Hearing." (Doc. 30.) In substance, Plaintiff's purported motion is a sur-reply. Plaintiff has not obtained leave of the Court to file a sur-reply. *See Birch v. City of Atchison*, No. 19-2156-JAR, 2020 WL 3034813, *1 (D. Kan. June 5, 2020). Defendants have previously addressed Plaintiff's arguments and requests for relief in Docs. 20, 22-23, and 29.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Milesha N. Segun, KS No. 28290
Assistant Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
milesha.segun@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Robert Craft
209 N. Oak Street
Stockton, KS 67669
craft.kdoc@gmail.com
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General