UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| COI Robert Craft,<br>**Plaintiff,**<br><br>v.<br><br>CSI Jacob Townsend et al<br><br>**Defendants**<br>_____/ | Case No: 6:23-cv-01081-JAR-GEB<br><br>**Letter of Correspondence from Plaintiff to Defendants – Offer to Stipulate Disputed Facts** |

Let to be known to the Court, the Plaintiff has put forth an offer to the Defendants' representation to establish some stipulations regarding current disputed facts, before moving the Court to have the facts determined.

**Details**

**Correspondence Type:** Email

**Author:** Plaintiff

**Recipient:** Defendants' Representative Counsel

**When:** July 29, 2023

**Reason:** Offer to meet and stipulate disputed facts.

**Index**

**Exhibit A:** Copy of referenced Correspondence Email

**Affidavit**

19. This affidavit is submitted in accordance with 28 U.S. Code § 1746 - Unsworn declarations under penalty of perjury, Plaintiff hereby declares under the penalty of perjury that the foregoing is true and correct to the best of Plaintiff's knowledge.

s/ *[signature]*

COI Robert Craft
209 N Oak St
Stockton, KS 67669
Telephone: 941-270-0938
Email: craft.kdoc@gmail.com