

**Robert Craft <craft.kdoc@gmail.com>**

## 6 23-cv-01081-JAR-GEB - Craft v Townsend et al: Offer to Confer to Stipulate
1 message

**Robert Craft** <craft.kdoc@gmail.com>  Sat, Jul 29, 2023 at 10:32 AM
To: matt.shoger@ag.ks.gov
Cc: connie.deckard@ag.ks.gov, donna.wells@ag.ks.gov, milesha.segun@ag.ks.gov, Robert Craft <craft.kdoc@gmail.com>

To: The Office of the Attorney General of Kansas in the capacity of Attorney Representative of Defendants regarding the Case and Controversy in the District of Kansas (6 23-cv-01081-JAR-GEB - Craft v Townsend et al),

I am drafting this as I believe we have reached a point of divergence in these proceedings. It is apparent there are significant matters of Fact that have been given rise, and instead of continuing a futile debate. I would rather we stipulate these facts before proceeding.

The Defendants were summoned as Individual Persons in their Individual Capacities; I agree the specific language left on the petition did not specify as such, and for that mistake, I apologize. I am only One Person, and I do not have anybody to proof everything I file, and it took three days just to research and determine that Fed. R. Civ. P. 4(i) was the appropriate rule; additionally, it took another few days to analyze K.S.A. 60-304 to make sure it would be correctly served.

I have attempted to raise these points numerous times but am repeatedly met with resistance. So let me elaborate on some key points of what has been consistent in this process and what I believe will transpire.

    a. The Notice of Intent to Bring a Suit on CSI Townsend for the fraudulent discipline specifically stated it would be against him personally.
    b. The Service Process was precisely executed to make sure I would not be engaging with the State or any form of Public entity as at the time of the petition, no policies or procedures were called into question, just the Defendants' Actions and Failure to fulfill their duties.
        i. The only policies and procedures are encompassed in the "Constitutional Challenges" for which you have received, and it would be understandable for the KAG to make a limited special appearance regarding those specific issues.
        ii. Most cases are Attorney initiated and are brought in both Official and Individual capacities, which activates the representation of KAG as an interested party, and the Court is given jurisdiction through 1983 or another Non-Individual Right of Action Legislated Legal Doctrine.
        iii. When this happens, the Petitioning Party is seeking damages in tort (1983 or 1985 is Most Common). I have not requested damages per tort. I have only made a claim to garnishment of my Public Officer Position entitlements that are being deprived because of the Defendants' Actions that I believe were not under the color of law.
        iv. I cannot bring suit as a Public Officer in Official Capacity to represent KDOC because I would be Representing the Seat of Government and would not be able to exercise my Bill of Rights; furthermore, I do not have the authority or duty granted by the State to act in that capacity nor am I an Attorney authorized to act on another's behalf in Federal Court, especially a State, Corporation, or Seat of Government.
    c. I cannot exercise my Individual Bill of Rights and have an Attorney represent me because I would need to sign a waiver of rights to the Attorney to act "on my behalf," which would negate my Personal Individual Rights of Action.
    d. They are my Personal Rights, and I am required to assert and exercise them when I choose or consent to transgressions acted upon me. These are not my rules, but they are the Rules.
    e. When the State made an appearance, I objected.
    f. When the KAG made the argument in the Official Capacity, I inquired with questions regarding 1983 and Official Capacity.
    g. The Court "Order" specifically stated "Individual Employee" and gave a 21-Day timeframe for response. We have not heard from the Court as to where they specifically stand, but I believe that is coming. Either we will accept the ruling, or we will initiate a form of dispute to the ruling.
    h. If the Court rules they are in an official capacity and not an individual capacity, I am left with 3 options
        i. to motion for leave to amend the petition.
        ii. Reconsider to get the issue determined and declared by jury verdict under the seventh amendment.
        iii. Appeal the ruling if I believe the foundation is faulted and there is a need for appellate opinion to be referable for future cases.
    i. Out of the 3 above options,
        i. The case and controversy is going to go forward solely in the Defendants' Individual Capacity
        ii. The vehicle (U.S. Code) of Court jurisdiction, which is solely the decision of the Petitioner, has been specified to be 1331 and 1343, for which a declaratory judgment and injunction when seeking declaratory remedy are available
            1. therefore, regarding the ultimate outcome using this line of debate becomes "Moot" for both Parties.

j.   The same will happen for every Issue of Fact that arises so the Court will not be able to make a subject-matter jurisdiction ruling without all the disputed facts determined and non-reviewable. We will never enter a ruling or summary judgment hearing with disputed facts on the table.

k.   The 12(b)1 Motion to Dismiss basically opened an entirely new line of the judicial process just to determine the Court's authority. I expected this strategy would be used as it is standard practice for Attorneys, but it does open a whole new can of issues.

l.   The 12(b)6 Motion to Dismiss must be approached as a summary judgment because the Court does not need to advise if they are going to treat it as a Rule 56 ruling. Which means the facts will need to be addressed.

m.   This means all the disputed facts will need to be determined prior to the hearings under 12(b).

n.   Additionally, as it pertains to 12(b) proceedings, the Facts determined in the verdict would supplement my petition and be used inviolate afterward.

o.   Finally, I consent the State does have an interest in the garnishment and for the purpose of Plaintiff's proper terminology, "Profits" per the Constitution or "expectant" as referred in submitted case law which, as the Defendants have labeled are "wages and benefits" under employment law.

  i.   I will agree the State of Kansas does have an interest in those specific claims.
  ii.  I agree the State should be the representative of the Public and the Law regarding the issue of garnishment or reconstitution to the Plaintiff in a limited special appearance on that specific issue.
  iii. I do not agree the State of Kansas has an interest in any other issue regarding these proceedings as they are Personal, and I am exercising my rights against the Individual Defendants,
  iv.  I have even specified what I believe each specific defendant is being accused of in the original petition, which is a requirement to bring suit Personally in Individual Capacity.
  v.   Should verdicts be rendered on the Defendants, their action did, in Fact, violate my Individual Rights and was, in Fact, outside the Color of Law; I believe it would be reasonable that the State of Kansas would be required to reconstitute my Officer Position. I offer to not move forward with the claim to garnishment as a provisional remedy until the facts are determined by a jury on the Defendants actions. And then, based on the facts KAG and I can confer at that time.

**Summary**

I hope this correspondence finds you in good graces; I am willing to come to the table and make some reasonable stipulations before proceeding should you accept this invitation and choose to collaborate. I will be drafting a reply to your Doc 31, then intend to begin motioning for verdicts on each issue of disputed facts, but I would like to confer before doing so. I cannot see the Court rendering a ruling while One party is requesting to have the issues of disputed facts determined and declared. I hope you accept my apology regarding the language and accept this invitation in the spirit of collaboration.

--
If you require anything further, please feel free to contact me.

Thank you, and please have a safe and pleasant day.

COI Robert L. Craft
Norton Correctional Facility - East Unit
941-270-0938
craft.kdoc@gmail.com